**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **AARON RAISER,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:10-CV-189** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **CORPORATION OF THE PRESIDENT** | : | **Magistrate Judge Norah McCann King** |
| **OF THE CHURCH OF JESUS CHRIST** | : | |
| **OF LATTER-DAY SAINTS,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the January 28, 2011 Opinion and Order, the Defendants' Motion for Summary Judgment was **GRANTED**. This case is **DISMISSED**.

Date: **January 28, 2011**          **James Bonini, Clerk**


_____s/Betty L. Clark_____
Betty L. Clark/Deputy Clerk